UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

ALBANY DIVISION

| | |
|---|---|
| Carita Patton,<br><br>         Plaintiff,<br><br>   vs.<br><br>Equifax Information Services LLC, et al.,<br><br>         Defendants. | Case No. 1:18-cv-00215-LAG<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT GINNYS INC., DBA HOME AT FIVE., ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Ginny's, Inc., dba Home at Five above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Ginny's, Inc., dba Home at Five, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: August 17, 2020

Respectfully submitted,

By: */s/ Matthew Landreau*
Matthew Landreau (Bar No. 301329)
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840
E-Mail: matt@crlam.com
Attorney for Plaintiff,
Carita Patton

## **PROOF OF SERVICE**

      I, Matthew Landreau, hereby state that on August 17, 2020, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

      /s/ Matthew Landreau